

# IN THE
## TENTH COURT OF APPEALS

_____

## No. 10-10-00012-CV

## IN RE SEVEN-O CORPORATION II

_____

## Original Proceeding

---

## MEMORANDUM  OPINION

---

The petition for writ of mandamus is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition denied
Opinion delivered and filed January 27, 2010
[OT06]